# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02499-LTB
Criminal Action No. 06-cr-00143-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO BARAJAS-GARCIA,

    Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this   23rd   day of July, 2008.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock  
                                                JUDGE, UNITED STATES DISTRICT  
                                                COURT FOR THE DISTRICT OF COLORADO